

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Gordon Thompson)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>REINALDO GARCIA-CASTRO,<br><br>    Defendant. | Case No.: 11-CR-5486-GT<br><br>**ORDER CONTINUING DATE FOR MOTION HEARING** |

Good cause appearing IT IS HEREBY ORDERED that the motion hearing in Criminal Case No. 11-cr-5486-GT be continued from March 9, 2012, at 9:30 a.m., to May 17, 2012, at 9:30 a.m..

DATED: 3-6-12

Hon. Gordon Thompson
UNITED STATES DISTRICT COURT